# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EARL SIDNEY DAVIS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 07-646-JPG |
| **DAVID STANTON,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on Plaintiff's "motion for reconsideration" (Doc. 6) of this Court's order granting Plaintiff's motion to proceed *in forma pauperis*. Even though Plaintiff is proceeding *in forma pauperis*, Plaintiff is still required to pay the full $350.00 filing fee. *See* 28 U.S.C. § 1915(b)(1)[1] Plaintiff appears to be under the belief that he must pay the $350.00 all at once. However, the prior Order specifically allowed the filing fee to be paid in installments. *See* 28 U.S.C. § 1915(b). Because Plaintiff had been without funds for the six months prior to the filing of the complaint, the Court set the first installment amount at $0.00. Additional installment payments will be paid to the Court only when the amount in Plaintiff's account exceeds $10. *See* 28 U.S.C. § 1915(b)(2). Therefore, Plaintiff's "motion for reconsideration" (Doc. 6) is **DENIED**.

**IT IS SO ORDERED**.

Dated: December 17, 2007.

                                                        s/ J. Phil Gilbert
                                                        U. S. District Judge

---

[1] Civilly committed sex offenders in Illinois are subject to the PLRA. *Kalinowski v. Bond*, 358 F.3d 978, 978-79 (7th Cir. 2004).