# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EARL SIDNEY DAVIS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL NO. 07-646-JPG |
| DAVID STANTON, and STEVEN GRIFFIN, | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| | |
|---|---|
| __December 17, 2007.__ | By: __s/ J. Phil Gilbert__ |
| *Date* | *District Judge* |